```
 1  LAW OFFICES OF GREGORY A. THYBERG
    GREGORY A. THYBERG SBN102132
 2  8789 AUBURN FOLSOM RD., SUITE C 337
 3  GRANITE BAY, CALIFORNIA 95746
    TEL: (916) 204-9173
 4
 5  ATTORNEYS FOR PLAINTIFF, DAVID LIM
 6  MESSNER & REEVES, LLC
 7  CHARLES C. CAVANAGH SBN 198468
    1430 WYNKOOP STREET, SUITE 300
 8  DENVER, COLORADO 80202
 9
    ATTORNEYS FOR DEFENDANT,
10  CHIPOTLE MEXICAN GRILL, INC.
11
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA –SACRAMENTO DIVISION

| | |
|---|---|
| DAVID LIM | Case No.: 2:10-CV-02242-MCE-DAD |
|     Plaintiff, | |
|     vs. | **STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON** |
| CHIPOTLE MEXICAN GRILL, INC., a Corporation. | **F. R. CIV. PRO. 41 (a)(1)(A)(ii)** |
|     Defendants | |

The Estate of Plaintiff DAVID LIM ("Plaintiff") through decedent's personal representative PETER LIM and defendant, CHIPOTLE MEXICAN

{00913603 / 1} 1

GRILL, INC. by and through their undersigned counsel, hereby enter into the following stipulation:

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety.  The parties each shall bear their respective costs and attorney's fees.

DATED: July ___, 2012          Respectfully submitted,

Law Offices of Gregory A. Thyberg

By: /s/ Gregory A. Thyberg
    GREGORY A. THYBERG
    Attorney for Plaintiff, Decedent
    DAVID LIM & Personal
    Representative, PETER LIM

DATED: July __, 2012           MESSNER & REEVES, LLC

By: /s/ Charles C. Cavanagh
    CHARLES C. CAVANAGH
    Attorneys for Defendant
    CHIPOTLE MEXICAN GRILL, INC.

IT IS SO ORDERED.

Dated:  July 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE