LAW OFFICES OF GREGORY A. THYBERG
GREGORY A. THYBERG SBN102132
8789 AUBURN FOLSOM RD., SUITE C 337
GRANITE BAY, CALIFORNIA 95746
TEL: (916) 204-9173

ATTORNEYS FOR PLAINTIFF, DAVID LIM

MESSNER & REEVES, LLC
CHARLES C. CAVANAGH SBN 198468
1430 WYNKOOP STREET, SUITE 300
DENVER, COLORADO 80202

ATTORNEYS FOR DEFENDANT,
CHIPOTLE MEXICAN GRILL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA –SACRAMENTO DIVISION

| | |
|---|---|
| DAVID LIM | ) Case No.: 2:10-CV-02242-MCE-DAD |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO DISMISS** |
| | ) **ACTION WITH PREJUDICE;** |
| CHIPOTLE MEXICAN GRILL, INC., | ) **ORDER THEREON** |
| a Corporation. | ) |
| | ) **F. R. CIV. PRO. 41 (a)(1)(A)(ii)** |
| Defendants | ) |
| | ) |

The Estate of Plaintiff DAVID LIM ("Plaintiff") through decedent's

personal representative PETER LIM and defendant, CHIPOTLE MEXICAN

{00913603 / 1}1

GRILL, INC. by and through their undersigned counsel, hereby enter into the following stipulation:

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety.  The parties each shall bear their respective costs and attorney's fees.

DATED:  July ___, 2012                      Respectfully submitted,

Law Offices of Gregory A. Thyberg

By:  /s/ Gregory A. Thyberg
       GREGORY A. THYBERG
       Attorney for Plaintiff, Decedent
       DAVID LIM & Personal
       Representative, PETER LIM

DATED:  July __, 2012                       MESSNER & REEVES, LLC

By: /s/ Charles C. Cavanagh
     CHARLES C. CAVANAGH
     Attorneys for Defendant
     CHIPOTLE MEXICAN GRILL, INC.

IT IS SO ORDERED.

Dated:  July 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE